IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHARLES WAGGONER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-06-552-C |
| | ) | |
| COMANCHE COUNTY DETENTION CENTER, | ) | |
| | ) | |
| Defendant | ) | |

## JUDGMENT OF DISMISSAL

In response to Magistrate Judge Bana Roberts' Report and Recommendation recommending that this action be dismissed, with prejudice, for failure to state a claim upon which relief can be granted, Plaintiff has filed a Motion to Dismiss Case (Dkt. No. 20). The Court construes Plaintiff's motion as a statement that he has no objection to the Report and Recommendation of the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 17), and for the reasons stated therein, this action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted.

DATED this 25th day of October, 2006.

ROBIN J. CAUTHRON
United States District Judge